JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UPENDRA DEV NEUPANE,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No.: CV 12-1090-GW(CWx)<br><br>**JUDGMENT** |

This action came before the Court with the Honorable George H. Wu, United States District Judge presiding. After consideration of the papers submitted by the parties,

IT IS HEREBY ORDERED ADJUDGED, AND DECREED that pursuant to the Court's order of September 26, 2012 granting Defendants' motion for summary judgment and denying Plaintiff's motion for summary judgment, that judgment be entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

DATED: October 2, 2012.

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE